RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  5 / 24 / 07
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CAROLYN JOHNSON, ET AL. | CIVIL ACTION NO. 06-2314 |
| versus | JUDGE STAGG |
| CENTERPOINT ENERGY, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 12)** is **granted** and this civil action is **dismissed** for lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 23rd day of May, 2007.

TOM STAGG
UNITED STATES DISTRICT JUDGE